## El Pueblo *v.* Aranzamendi.

Apelación procedente de la Corte de Distrito de

Ponce.

No. 35.   Resuelto en Octubre 10, 1905.

Apelación.—Autenticidad de actuaciones ó procedimientos judiciales.— Transcripción de autos.—Para que unas actuaciones ó procedimientos judiciales tengan la debida autenticidad es necesario que aparezca en ellos el sello del Tribunal, y la falta de dicho sello en una transcripción de autos presentada á los efectos de una apelación, constituye un defecto de forma substancial, que justifica la desestimación de la apelación, de acuerdo con el artículo 358 del Código de Enjuiciamiento Criminal.

Los hechos están expresados en la opinión.
Abogado de los apelantes: *Sr. Poventud.*
Abogado del Pueblo: *Sr. Rossy, Fiscal.*
Opinión del Tribunal.
*Resultando:* que el Fiscal de esta Corte Suprema pide

que se desestime la apelación por no haberse cumplido con los requisitos que exige el artículo 356.

*Considerando* que al establecerse apelación debe el Secretario de la Corte de Distrito remitir al de esta Corte Suprema entre otras, una copia del escrito de apelación así como de los autos y de todas las excepciones, cuya copia ha de ser la original debidamente legalizada como tal. Artículo 356 del Código de Enjuiciamiento Criminal.

*Considerando* que para que tenga autenticidad la copia de unas actuaciones ú otro procedimiento de una corte, es necesario que ostente el sello de la misma, según el No. 3 del Art. 20 del Código de Enjuiciamiento Civil.

*Considerando* que las presentes copias carecen de ese requisito que viene á constituir un defecto de forma sustancial alegado por el apelado en su moción argumentada en debida forma el día que se señaló para la vista, toda vez que en términos generales alegó que no se había cumplido con los requisitos exigidos por el artículo 356 ya citado, estándose por consiguiente en el caso del art. 358 de dicho Código de Enjuiciamiento Criminal.

*Se deniega* la apelación establecida y remítase copia certificada de esta resolución á la corte de su orígen, para el cumplimiento de la sentencia condenatoria.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras, MacLeary y Wolf.